IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) | |
| FUNDS OF ILLINOIS, *et al*., ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 11 C 2357 |
| vs. ) | |
| ) | JUDGE MATTHEW F. KENNELLY |
| TWINS DRYWALL, INC., ) | |
| an Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, TWINS DRYWALL, INC., an Illinois corporation, in the total amount of $3,235.54, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $840.00.

On April 16, 2011, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Amado Guerrero, the corporation's President) at the registered office of record (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on May 9, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/  Patrick N. Ryan

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>18th</u> day of <u>May 2011</u>:

    Ms. Linda Guerrero, Registered Agent/Secretary
    Twins Drywall, Inc.
    14309 McKinley
    Posen, IL   60469


            /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Twins Drywall\#23149\motion.pnr.df.wpd