IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) | |
| FUNDS OF ILLINOIS, *et al*., ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 11 C 2357 |
| vs. ) | |
| ) | JUDGE MATTHEW F. KENNELLY |
| TWINS DRYWALL, INC., ) | |
| an Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.* (Funds), and Defendant, TWINS DRYWALL, INC. (Twins), by and through their respective attorneys, hereby move this Court for entry of an Agreed Judgment Order, a copy of which will be sent to the proposed Order email box, and is attached as an exhibit hereto.

| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al*. | TWINS DRYWALL, INC. |
|---|---|
| /s/ Patrick N. Ryan | /s/ Burr E. Anderson |
| One of the Attorneys for the Plaintiffs | One of the Attorneys for the Defendant |
| Patrick N. Ryan | Burr E. Anderson |
| Baum, Sigman, Auerbach & Neuman, Ltd. | Anderson Law Offices |
| 200 W. Adams Street, Suite 2200 | 223 W. Jackson Blvd, Suite 1016 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| (312) 236-4316 | Phone: (312) 957-1100 |
| E-Mail: pryan@baumsigman.com | E-Mail: burranderson@AndersonLawIL.com |

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m. this 19th day of September 2011, he caused to be electronically filed the foregoing document (Agreed Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Burr E. Anderson
> Anderson Law Offices
> 223 W. Jackson Blvd, Suite 1016
> Chicago, IL 60606
> Phone: (312) 957-1100
> E-Mail: burranderson@AndersonLawIL.com

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Twins Drywall\#23149\agreed motion for entry of judgment.09-15-11.pnr.j.wpd